UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL CAMPBELL,

Defendant.

No. 11-CR-912-02 (RA)
16-CV-5080 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

ORDER as to Michael Campbell: In light of the mandate issued by the Second Circuit on May 28, 2026, the parties shall jointly propose dates for resentencing as well as any supplemental submissions in connection therewith.

SO ORDERED.

Dated:    June 5, 2026
          New York, New York

Ronnie Abrams
United States District Judge